**No. 10-9145. Anthony Joseph Allison, Petitioner v. United States.**

563 U.S. 911, 131 S. Ct. 1801, 179 L. Ed. 2d 667, 2011 U.S. LEXIS 2583.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 398 Fed. Appx. 862.